**The Honorable Robert S. Lasnik**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:18-MC-00059 RSL |
| Plaintiff, | (2:00-CR-0062-1) |
| vs. | **Order Terminating Garnishment Proceeding** |
| MICHAEL HUGH GALE, | |
| Defendant/Judgment Debtor, | |
| and | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, | |
| Garnishee. | |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated and that Merrill Lynch, Pierce, Fenner & Smith Incorporated is relieved of further responsibility pursuant to this garnishment.

//

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Michael Hugh Gale and Merrill Lynch, Pierce, Fenner & Smith In,* USDC#: 2:18-MC-00059-RSL/2:00-CR-0062-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Dated this 2nd day of October, 2018.

*[signature]*
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

**ORDER TERMINATING GARNISHMENT PROCEEDING**
(*USA v. Michael Hugh Gale and Merrill Lynch, Pierce, Fenner & Smith In,* **USDC#: 2:18-MC-00059-RSL/2:00-CR-0062-1) - 2**

**UNITED STATES ATTORNEY'S OFFICE**
**700 STEWART STREET, SUITE 5220**
**SEATTLE, WA 98101**
**PHONE: 206-553-7970**